**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| THE DOLAN COMPANY, *et al.*,[1] | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING THE 30 LARGEST UNSECURED CLAIMS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately March 21, 2014. The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  The Dolan Company (4527); American Processing Company, LLC (3395); Arizona News Service, LLC (0969); assure360, LLC (8926); Counsel Press, LLC (0509); Daily Journal of Commerce, Inc. (1624); Daily Reporter Publishing Company (9860); DataStream Content Solutions, LLC (6276); Dolan APC LLC (3828); Dolan Media Holding Company (0186); Dolan Publishing Company (3784); Dolan Publishing Finance Company (5133); Federal News Service LLC (5309); Finance and Commerce, Inc. (2942); Idaho Business Review, LLC (6843); Lawyer's Weekly, LLC (6760); Legislative Information Services of America, LLC (4027); Long Island Business News, LLC (4338); Missouri Lawyers Media, LLC (8890); National Default Exchange Holdings, LLC (1918); New Orleans Publishing Group, L.L.C. (2405); NOPG, L.L.C. (9511); The Daily Record Company LLC (7310); and The Journal Record Publishing Co., LLC (5769).  The location of the Debtors' service address is:  222 South Ninth Street, Suite 2300, Minneapolis, Minnesota 55402.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 1. | WILLIAM BLAIR & COMPANY L.L.C. ATTN:  SUNEEL MANDAVA 222 W. ADAMS ST. CHICAGO, IL 60606 TEL:  (312) 236-1600 FAX:  N/A EMAIL:  SMANDAVA@WILLIAMBLAIR.COM | Trade Debt | Contingent | $837,267 |
| 2. | MCGLADREY LLP ATTN:  JAMIE WOELL 801 NICOLLET MALL, STE. 1300 MINNEAPOLIS, MN 55402 TEL:  (612) 573-8750 FAX:  N/A EMAIL:  JAMIE.WOELL@MCGLADREY.COM | Trade Debt | | $138,950 |
| 3. | DATALINK ATTN: JOE KAYE 10050 CROSSTOWN CIR., STE. 500 EDEN PRAIRIE, MN 55344 TEL:  (952) 279-4804 FAX:  (952) 944-7869 EMAIL: JKAYE@DATALINK.COM | Trade Debt | | $79,648 |
| 4. | CYBER GROUP INC. 12900 PRESTON RD., STE. 525 DALLAS, TX 75230 TEL:  (469) 916-7730 FAX:  (469) 916-7731 EMAIL:  INFO@CYGRP.COM | Trade Debt | | $77,800 |
| 5. | CENTURYLINK BUSINESS SERVICES PO BOX 91154 SEATTLE, WA 98111-9254 TEL:  (800) 552-1104 FAX:  N/A EMAIL:  N/A | Trade Debt | | $63,646 |
| 6. | INTERACTIVE BUSINESS SYSTEMS INC. 2625 BUTTERFIELD RD. OAK BROOK, IL 6052 TEL:  (630) 571-9100 FAX:  (630) 571-9118 EMAIL:  RKLOSS@IBS.COM | Trade Debt | | $61,300 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 7. | MISSOURIAN PUBLISHING CO. 14 W. MAIN ST. WASHINGTON, MO 63090-0336 TEL: (636) 239-7701 FAX: (636) 239-0915 EMAIL: LEGALS@EMISSOURIAN.COM | Trade Debt | | $53,007 |
| 8. | UNITED BOOK PRESS, INC. 1807 WHITEHEAD RD. BALTIMORE, MD 21207 TEL: (410) 944-4044 FAX: (410) 944-4049 EMAIL: TDILLI@UNITEDBOOKPRESS.COM | Trade Debt | | $51,807 |
| 9. | TECHNICAL YOUTH LLC 8365 KEYSTONE CROSSING, STE. 104 INDIANAPOLIS, IN 46240 TEL: (317) 731-5081 FAX: (317) 731-5086 EMAIL: J.WEISER@TECHNICALYOUTH.COM | Trade Debt | | $48,262 |
| 10. | SNI COMPANIES 4500 WESTOWN PARKWAY REGENCY WEST 5, STE. 120 WEST DES MOINES, IA 50266 TEL: (954) 437-0094 FAX: (954) 437-1385 EMAIL: RSMITH@SNICOMPANIES.COM | Trade Debt | | $47,376 |
| 11. | HYATT REGENCY-MINNEAPOLIS ATTN: BRANDI SMITH, ACCOUNTS RECEIVABLE 1300 NICOLLET MALL MINNEAPOLIS, MN 55403 TEL: (612) 370-1234 FAX: (612) 370-1463 EMAIL: SALESMSPRM@HYATT.COM | Trade Debt | | $45,582 |
| 12. | STREAMWORKS LLC ATTN: TONY ZIRNHELT 3770 DUNLAP ST. N. ARDEN HILLS, MN 55112 TEL: (651) 486-0252 FAX: (651) 486-0424 EMAIL: TZIRNHELT@ACTIONDSC.COM          INFO@STREAMWORKSMN.COM | Trade Debt | | $44,781 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 13. | WILFORD GESKE & COOK 8425 SEASONS PKWY., STE. 105 SAINT PAUL, MN 55125 TEL:  (651) 209-3300 FAX:  (651) 209-3339 EMAIL:  GENERALINFO@WGCMN.COM | Trade Debt | | $42,589 |
| 14. | CREST HOLLOW COUNTRY CLUB 8325 JERICHO TURNPIKE WOODBURY, NY 11797 TEL:  (516) 692-8000 FAX:  (516) 692-8013 EMAIL:  INFO@CRESTHOLLOW.COM | Trade Debt | | $42,568 |
| 15. | AMERICAN LITHO INC. 530 N. 22ND ST. MILWAUKEE, WI 53233 TEL:  (414) 342-5050 FAX:  (414) 342-9950 EMAIL:  INFO@ALITHO.COM | Trade Debt | | $39,925 |
| 16. | EMBASSY SUITES OF NORMAN 2501 CONFERENCE DR. NORMAN, OK 73069 TEL: (405) 364-8040 FAX:  (405) 364-3377 EMAIL:  N/A | Trade Debt | | $39,925 |
| 17. | 222 SOUTH NINTH STREET, LLC ATTN: CENTRAL STATES EQUITY TEAM 801 GRAND AVE. DES MOINES, IA 50392 TEL:  (612) 342-2937 FAX:  (612) 342-2231 EMAIL:  KEVIN.CONNOLLY@CUSHWAKENM.COM | Lease | | $37,533 |
| 18. | COMPUPACIFIC INTERNATIONAL 42207 E. ANN ARBOR RD. PLYMOUTH, MI 48170 TEL:  (734) 453-9001 FAX:  (734) 453-9050 EMAIL:  SALES@COMPUPACIFIC.COM | Trade Debt | | $32,938 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 19. | GANSAT - SPRINGFIELD OFFSET C/O GANNETT PUBLISHING SERVICES 6883 COMMERCIAL DR. SPRINGFIELD, VA 22159 TEL:  (703) 750-8673 FAX:  (703) 658-8359 EMAIL:  N/A | Trade Debt | | $31,635 |
| 20. | ATLANTIC COLOR CORP 14 RAMSEY RD. SHIRLEY, NY 11967 TEL:  (631) 345-3800 FAX:  (631) 345-5304 EMAIL:  N/A | Trade Debt | | $31,422 |
| 21. | KEMPF PAPER CORPORATION 3145 COLUMBIA AVE. NE. MINNEAPOLIS, MN 55418 TEL: (612) 781-9225 FAX: (612) 343-1681 EMAIL:  INFO@KEMPFPAPER.COM | Trade Debt | | $31,036 |
| 22. | INTERMOUNTAIN COLOR INC. 224 COMMERCE ST. BROOMFIELD, CO 80020 TEL: (303) 777-1036 FAX: (303) 778-1338 EMAIL: N/A | Trade Debt | | $30,735 |
| 23. | OFFICE DEPOT INC. 6600 N. MILITARY TRAIL BOCA RATON, FL 33496 TEL: (561) 438-4800 FAX: N/A EMAIL: N/A | Trade Debt | | $30,283 |
| 24. | ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES INC. ATTN:  SANDRA LITTLE THE GALLAGHER CENTRE 2 PIERCE PL. ITASCA, IL 60143 TEL:  (630) 773-3800 FAX: (612) 321-2288 EMAIL: N/A | Trade Debt | | $28,908 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 25. | SKIRVIN HILTON HOTEL SKIRVIN PARTNERS LLC 1 PARK AVE. OKLAHOMA CITY, OK 73102 TEL:  (405) 272-3040 FAX:  (405) 702-8571 EMAIL:  INFO@SKIRVINHILTON.COM | Trade Debt | | $26,741 |
| 26. | FEDEX FEDEX CUSTOMER RELATIONS 3875 AIRWAYS, MODULE H3 DEPARTMENT 4634 MEMPHIS, TN 38116 TEL: (800) 463-3339 FAX:  N/A EMAIL:  N/A | Trade Debt | | $26,635 |
| 27. | PAPER MART INC. 151 RIDGEDALE AVE. EAST HANOVER, NJ 07936 TEL:  (800) 524-0031 FAX:  (973) 515-8642 EMAIL:  ACCTREC@PAPMAR.COM | Trade Debt | | $25,463 |
| 28. | PDC PRODUCTIONS 3217 N. FLOOD AVE. NORMAN, OK 73069 TEL:  (405) 360-5130 FAX:  (405) 360-0524 EMAIL:  INFO@PDCPRODUCTIONS.COM | Trade Debt | | $25,377 |
| 29. | BENICIA BAKER-LIVORSI AND THE FAMILY LAW GROUP, LLC C/O BAGSBY & LEE, L.L.C. ATTN:  LARRY BAGSBY 1600 HERITAGE LANDING, STE. 201 ST. CHARLES, MO 63303 TEL:  (636) 928-2121 FAX:  (636) 928-3131 EMAIL: N/A | Pending Litigation | Contingent, Unliquidated, and Disputed | Unliquidated |

| | **NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM** | **NATURE OF CLAIM** *(bond debt, trade debt, bank loan, government contracts, etc.)* | **INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF** | **AMOUNT OF CLAIM** *(if secured, also state value of security)* |
|---|---|---|---|---|
| 30. | ELIZABETH THOMAS, ABDELHALIM H. MOHD, AND JAMES ALLEN<br>C/O JAMES M. ANDERSON<br>17041 EL CAMINO REAL, STE. 204<br>WEBSTER, TX 77598<br>TEL:  (281) 488-2800<br>FAX:  (281) 480-4851<br>EMAIL:  N/A | Pending Litigation | Contingent, Unliquidated, and Disputed | Unliquidated |

## DECLARATION UNDER PENALTY
## OF PERJURY ON BEHALF OF CORPORATION

Pursuant to 28 U.S.C. § 1746, I, Vicki J. Duncomb, the duly qualified and authorized signatory declare under penalty of perjury that I have reviewed the consolidated list of creditors holding the 30 largest unsecured claims and that it is true and correct to the best of my knowledge, information, and belief.

Dated:  March 23, 2014

Vicki J. Duncomb
Authorized Signatory