IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE DOLAN COMPANY, | ) | Case No. 14-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| T. Rowe Price Associates, Inc. | 100 East Pratt Street<br>Baltimore, Maryland 21202-1009 | 9.78% |
| James P. Dolan | [Redacted] | 6.81% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Vicki J. Duncomb, the undersigned authorized signatory of The Dolan Company, the debtor in this case, declare under penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my knowledge, information, and belief.

Dated: March 23, 2014

_____
Vicki J. Duncomb
Authorized Signatory

---

[1] This list reflects holders of five percent or more of The Dolan Company's common stock. It is based solely on publicly-filed disclosures available as of the date hereof and reflects the holdings of T. Rowe Price Associates, Inc. and James P. Dolan as of December 31, 2013. This list serves as the disclosure required to be made by the debtor pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure. Concurrently herewith, the debtors in these chapter 11 cases have filed the *Debtors' Motion for Entry of Order (A) Providing an Extension of Time to File Schedules and Statements of Financial Affairs, (B) Providing for A Permanent Waiver of the Requirement to File Schedules and Statements of Financial Affairs upon Confirmation of the Plan, (C) Waiving the Requirements to File A List of and Provide Notices Directly to Equity Security Holders, and (D) Granting Related Relief*, which seeks, among other things, a waiver of the requirement to file a full list of equity security holders.