IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| THE DOLAN COMPANY, | ) Case No. 14-_____ (___) <br> ) |
| Debtor. | ) <br> ) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following organizational chart identifies the direct and indirect wholly owned subsidiaries and interests in joint ventures of the above-captioned debtor in possession.

## DECLARATION UNDER PENALTY OF PERJURY

I, Vicki J. Duncomb, the undersigned authorized signatory of The Dolan Company, the debtor in this case, declare under penalty of perjury that I have read the corporate ownership statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: March 23, 2014

*[signature]*
Vicki J. Duncomb
Authorized Signatory

DR Lenderco LLC (Delaware)
9.9%
90.1%
The Dolan Company (Delaware)
13%
discoverReady LLC (Delaware)
Dolan Media Holding Company (Delaware)
Daily Reporter Publishing Company (Delaware)
Finance and Commerce, Inc. (Minnesota)
Dolan Publishing Company (Delaware)
Daily Journal of Commerce, Inc. (Delaware)
Dolan DLN LLC (Delaware)
Legislative Information Services of America, LLC (Delaware)
Arizona News Service, LLC (Delaware)
Missouri Lawyers Media, LLC (Delaware)
Federal News Service LLC (Delaware)
Dolan Publishing Finance Company (Minnesota)
35%
Detroit Legal News Publishing, LLC (Michigan)
Counsel Press, LLC (Delaware)
Dolan APC LLC (Delaware)
Bring Me The News, LLC (Minnesota)
Lawyer's Weekly, LLC (Delaware)
The Journal Record Publishing Co., LLC (Delaware)
The Daily Record Company, LLC (Delaware)
American Processing Company, LLC (Michigan)
assure360, LLC (Delaware)
DataStream Content Solutions, LLC (Maryland)
National Default Exchange Holdings, LLC (Delaware)
New Orleans Publishing Group, L.L.C. (Louisiana)
Long Island Business News, LLC (Delaware)
NOPG, L.L.C. (Louisiana)
10%
Mid Atlantic Real Estate Media L.L.C. (Delaware)
Idaho Business Review, LLC (Idaho)
Legend
Debtor
Non-Debtor
Non-Debtor, Non-Affiliate Third-Party Equity Holder

