**EXHIBIT D**

**Financial Projections**

**Financial Projections**

In connection with developing the Plan, the Debtors' management ("Management")[6] prepared the following financial projections for the reorganized Debtors (the "Debtors' Financial Projections") and the reorganized DiscoverReady (the "DiscoverReady Financial Projections," and collectively, the "Financial Projections"). The Financial Projections reflect Management's estimate of the expected consolidated financial position, results of operations, and cash flows for the the reorganized Debtors (collectively, the "Reorganized Debtors") and reorganized DiscoverReady ("Reorganized DiscoverReady") after the transactions contemplated by the Plan for 2014, 2015, and 2016 (the "Projection Period"). For purposes of these Financial Projections, the Effective Date is assumed to be June 30, 2014 (the "Assumed Effective Date"). These Financial Projections were prepared to establish the feasibility of the Plan and therefore take into account the estimated effects on the deleveraging and capitalization of the Debtors as set forth in the Plan.

The Financial Projections reflect Management's judgment of expected future operating and business conditions, which are subject to change. Although the Debtors and their advisors have prepared the Financial Projections in good faith and believe the assumptions to be reasonable, it is important to note that the Debtors and their advisors can provide no assurance that such assumptions will be realized. The Debtors' financial advisors have relied upon the accuracy and completeness of financial and other information furnished by Management and did not attempt to independently audit or verify such information.

All estimates and assumptions shown within the Financial Projections were developed by Management. The Financial Projections have not been audited or reviewed by independent accountants. The assumptions disclosed herein are those that Management believes to be significant to the Financial Projections. Although Management is of the opinion that these assumptions are reasonable under the circumstances, such assumptions are subject to significant uncertainties, such as change in customer demand and collection rates, successful implementation of growth plans and capital expenditures, laws and regulations, interest rates, inflation, and other economic factors affecting the Reorganized Debtors' businesses. Despite efforts to foresee and plan for the effects of changes in these circumstances, the impact cannot be predicted with certainty. Consequently, actual financial results could vary significantly from projected results.

THE FINANCIAL PROJECTIONS, INCLUDING THE UNDERLYING ASSUMPTIONS, SHOULD BE CAREFULLY REVIEWED IN EVALUATING THE PLAN. ALTHOUGH MANAGEMENT BELIEVES THE ASSUMPTIONS UNDERLYING THE FINANCIAL PROJECTIONS, WHEN CONSIDERED ON AN OVERALL BASIS, ARE REASONABLE IN LIGHT OF CURRENT CIRCUMSTANCES AND EXPECTATIONS, NO ASSURANCE CAN BE GIVEN THAT THE FINANCIAL PROJECTIONS WILL BE REALIZED.

THE FINANCIAL PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY THE DEBTORS, THE REORGANIZED DEBTORS, OR ANY OTHER PERSON AS TO THE ACCURACY OF THE FINANCIAL PROJECTIONS OR THAT THE FINANCIAL PROJECTIONS WILL BE REALIZED.

THE SIGNIFICANT ASSUMPTIONS USED IN THE PREPARATION OF THE FINANCIAL PROJECTIONS ARE STATED BELOW. THE FINANCIAL PROJECTIONS ASSUME THAT THE DEBTORS WILL EMERGE FROM CHAPTER 11 ON THE ASSUMED EFFECTIVE DATE. THE FINANCIAL PROJECTIONS SHOULD BE READ IN CONJUNCTION WITH (1) THE DISCLOSURE STATEMENT, INCLUDING ANY OF THE EXHIBITS THERETO OR INCORPORATED REFERENCES THEREIN, AS WELL AS THE RISK FACTORS SET FORTH IN ARTICLE VII THEREOF, AND (2) THE SIGNIFICANT ASSUMPTIONS, QUALIFICATIONS, AND NOTES SET FORTH BELOW.

---

[6] Terms used but not otherwise defined herein shall have the meanings ascribed to such terms the *Debtors' Joint Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* (as may be amended, modified, or supplemented from time to time and including all exhibits and supplements thereto, the "Plan") or the *Disclosure Statement for the Debtors' Joint Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* (including all exhibits thereto, the "Disclosure Statement").

1

THE FINANCIAL PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH THE GUIDELINES ESTABLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS (THE "AICPA"), THE FINANCIAL ACCOUNTING STANDARDS BOARD (THE "FASB"), OR THE RULES AND REGULATIONS OF THE SECURITIES AND EXCHANGE COMMISSION. FURTHERMORE, THE FINANCIAL PROJECTIONS HAVE NOT BEEN AUDITED, REVIEWED, OR SUBJECTED TO ANY PROCEDURES DESIGNED TO PROVIDE ANY LEVEL OF ASSURANCE BY THE DEBTORS' INDEPENDENT PUBLIC ACCOUNTANTS.  WHILE PRESENTED WITH NUMERICAL SPECIFICITY, THE FINANCIAL PROJECTIONS ARE BASED UPON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, ALTHOUGH DEVELOPED AND CONSIDERED REASONABLE BY MANAGEMENT, MAY NOT REALIZED AND ARE SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE CONTROL OF MANAGEMENT.   THESE UNCERTAINTIES INCLUDE, AMONG OTHER THINGS, THE ULTIMATE OUTCOME AND CONTENTS OF A CONFIRMED PLAN OF REORGANIZATION AND THE TIMING OF THE CONFIRMATION OF SUCH PLAN.  CONSEQUENTLY, THE FINANCIAL PROJECTIONS SHOULD NOT BE REGARDED AS A REPRESENTATION OR WARRANTY BY THE DEBTORS, OR ANY OTHER PERSON, AS TO THE ACCURACY OF THE FINANCIAL PROJECTIONS OR THAT THE FINANCIAL PROJECTIONS WILL BE REALIZED.  ACTUAL RESULTS MAY VARY MATERIALLY FROM THOSE PRESENTED IN THESE FINANCIAL PROJECTIONS.

Included below are the historical financial results through 2013 and the projected financial results in 2014, 2015, and 2016, of the Debtors.  The statements include:

1.  The results of operations for the years ended December 31, 2013 and 2014, the quarters ended March 31, 2014, June 30, 2014, September 30, 2014, and December 31, 2014, and for the years ended December 31, 2015 and 2016, along with the annualized results of operation for the quarters ended December 31, 2013 and March 31, 2014 for comparison purposes;

2.  The balance sheet at December 31, 2013, March 31, 2014, June 30, 2014, September 30, 2014, and December 31, 2014, 2015, and 2016;

3.  The June 30, 2014 pro forma balance sheet that reflects the restructuring transactions; and

4.  The statements of cash flows for the quarters ended March 31, 2014, June 30, 2014, September 30, 2014, and December 31, 2014, 2015, and 2016.

**Condensed Consolidated Statements of Operations**

| | 2012 A | 2013 A | Q4 2013 Annualized | Q1 2014 Annualized | 1Q 2014 E | 2Q 2014 E | 3Q 2014 E | 4Q 2014 E | 2014 E | 2015 E | 2016 E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating revenue** | | | | | | | | | | | |
| Professional services | 16,827 | 18,234 | 22,400 | 21,100 | 5,275 | 5,484 | 5,585 | 5,235 | **21,579** | **22,018** | **22,459** |
| Business information | $ 74,696 | $ 68,528 | $ 69,096 | $ 66,664 | $ 16,666 | $ 17,504 | $ 16,313 | $ 17,162 | **$ 67,645** | **$ 67,818** | **$ 68,015** |
| **Total revenues** | **91,523** | **86,762** | **91,496** | **87,764** | **21,941** | **22,988** | **21,898** | **22,397** | **89,224** | **89,836** | **90,474** |
| | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | |
| Direct operating: Professional Services | 4,337 | 4,853 | 6,948 | 5,989 | 1,497 | 1,522 | 1,572 | 1,500 | **6,091** | **6,246** | **6,405** |
| Direct operating: Business Information | 28,525 | 26,597 | 26,884 | 26,416 | 6,604 | 6,714 | 6,328 | 6,973 | **26,619** | **27,418** | **28,240** |
| Selling, general and administrative expenses | 48,740 | 47,285 | 47,712 | 48,206 | 12,052 | 11,911 | 11,184 | 11,152 | **46,297** | **46,782** | **48,048** |
| FV adjustment on earnout liabilities | (550) | - | - | - | - | - | - | - | **-** | **-** | **-** |
| Impairment of long-lived assets | 9,317 | 45,985 | - | - | - | - | - | - | **-** | **-** | **-** |
| Amortization | 4,941 | 3,510 | 3,116 | 3,132 | 783 | 783 | 541 | 541 | **2,648** | **2,164** | **2,164** |
| Depreciation | 2,562 | 2,731 | 2,344 | 1,600 | 400 | 388 | 378 | 371 | **1,536** | **1,865** | **2,368** |
| | | | | | | | | | | | |
| Total expenses from operations | 97,872 | 130,961 | 87,004 | 85,343 | 21,336 | 21,317 | 20,002 | 20,536 | 83,191 | 84,475 | 87,225 |
| | | | | | | | | | | | |
| **Equity in earnings of affiliates** | 1,528 | (377) | (600) | (504) | (126) | (126) | 251 | 251 | **250** | **984** | **964** |
| | | | | | | | | | | | |
| **Operating income** | (4,821) | (44,576) | 3,892 | 1,917 | 479 | 1,545 | 2,147 | 2,112 | **6,283** | **6,345** | **4,213** |
| | | | | | | | | | | | |
| Interest expense, net | (7,645) | (7,448) | (8,656) | (7,575) | (1,894) | (2,144) | (759) | (762) | **(5,559)** | **(2,754)** | **(2,466)** |
| Restructuring Costs | | | | | (9,106) | (6,564) | | | **(15,670)** | **-** | **-** |
| Emergence Costs | - | - | - | - | - | (5,171) | - | - | **(5,171)** | **-** | **-** |
| **Total non-operating expense** | **(7,645)** | **(7,448)** | **(8,656)** | **(7,575)** | **(11,000)** | **(13,879)** | **(759)** | **(762)** | **(26,400)** | **(2,754)** | **(2,466)** |
| | | | | | | | | | | | |
| **Income(loss) from continuing operations before income taxes** | **(12,466)** | **(52,024)** | **(4,764)** | **(5,658)** | **(10,520)** | **(12,334)** | **1,387** | **1,351** | **(20,117)** | **3,591** | **1,748** |
| | | | | | | | | | | | |
| Income tax expense | - | - | - | - | - | - | (383) | (373) | **(756)** | **(798)** | **16** |
| *Tax rate (%)* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *27.6%* | *27.6%* | *-3.8%* | *22.2%* | *-0.9%* |
| | | | | | | | | | | | |
| **Net Income** | $ (12,466) | $ (52,024) | $ (4,764) | $ (5,658) | $ (10,520) | $ (12,334) | $ 1,004 | $ 978 | **$ (20,873)** | **$ 2,793** | **$ 1,764** |
| | | | | | | | | | | | |
| **Calculation of Adjusted EBITDA** | | | | | | | | | | | |
| Net Income | (12,466) | (52,024) | (4,764) | (5,658) | (10,520) | (12,334) | 1,004 | 978 | **(20,873)** | **2,793** | **1,764** |
| Interest expense, net | 7,645 | 7,448 | 8,656 | 7,575 | 1,894 | 2,144 | 759 | 762 | **5,559** | **2,754** | **2,466** |
| Income tax expense | - | - | - | - | - | - | 383 | 373 | **756** | **798** | **(16)** |
| FV adjustment on earnout liabilities | (550) | - | - | - | | | | | **-** | | |
| Stock Comp | 2,549 | 2,193 | 2,124 | - | | | | | **-** | | |
| Impairment of long-lived assets | 9,317 | 45,985 | - | - | | | | | **-** | | |
| Restructuring Costs | - | - | - | - | 9,106 | 11,735 | - | - | **20,841** | **-** | **-** |
| Amortization of DLNP Intangible | 1,508 | 1,508 | 1,508 | 1,508 | 377 | 377 | - | - | **754** | **-** | **-** |
| Amortization | 4,941 | 3,510 | 3,116 | 3,132 | 783 | 783 | 541 | 541 | **2,648** | **2,164** | **2,164** |
| Depreciation | 2,562 | 2,731 | 2,344 | 1,600 | 400 | 388 | 378 | 371 | **1,536** | **1,865** | **2,368** |
| **Bank Adjusted EBITDA** | **15,506** | **11,351** | **12,984** | **8,157** | **2,039** | **3,092** | **3,065** | **3,024** | **11,221** | **10,374** | **8,745** |
| | *16.9%* | *13.1%* | *14.2%* | *9.3%* | *9.3%* | *13.5%* | *14.0%* | *13.5%* | *12.6%* | *11.5%* | *9.7%* |

3

## Balance Sheet

| | Opening Balance 1/1/2014 | 1Q 2014 E | 2Q 2014 E | 3Q 2014 E | 4Q 2014 E | 2014 E | 2015 E | 2016 E |
|---|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | | |
| Cash and cash equivalents | 2,212 | 1,010 | 1,000 | 2,320 | 5,000 | **5,000** | 5,000 | 5,000 |
| Accounts Receivable, net of bad debt | 11,261 | 11,535 | 12,055 | 11,450 | 11,515 | **11,515** | 11,727 | 11,787 |
| Prepaid expenses | 4,808 | 5,130 | 5,374 | 5,120 | 5,236 | **5,236** | 5,272 | 5,310 |
| Income Tax Receivable | 2,779 | 2,779 | 2,779 | 2,779 | - | **-** | - | - |
| Short term notes receivable | 2,571 | 2,356 | - | - | - | **-** | - | - |
| **Total current assets** | **23,631** | **22,810** | **21,208** | **21,669** | **21,751** | **21,751** | **21,999** | **22,096** |
| Long term notes receivable | 8,813 | 8,423 | - | - | - | **-** | - | - |
| Investment in affiliated companies | 7,942 | 7,566 | 280 | 281 | 282 | **282** | 282 | 282 |
| Property and equipment, net | 5,504 | 5,354 | 5,217 | 5,339 | 5,468 | **5,468** | 5,878 | 5,831 |
| Identified intangible assets, net | 16,648 | 15,865 | 32,457 | 31,916 | 31,375 | **31,375** | 29,211 | 27,047 |
| Goodwill, net | 35,059 | 35,059 | 32,457 | 32,457 | 32,457 | **32,457** | 32,457 | 32,457 |
| Other assets | 1,367 | 3,399 | 2,708 | 2,583 | 2,458 | **2,458** | 2,458 | 2,458 |
| **Total Assets** | **98,964** | **98,476** | **94,326** | **94,244** | **93,791** | **93,791** | **92,285** | **90,171** |
| **Current liabilities** | | | | | | | | |
| Current portion of long term debt | - | - | - | - | - | **-** | - | - |
| Accounts payable | 7,317 | 7,807 | 5,500 | 5,239 | 5,359 | **5,359** | 5,395 | 5,434 |
| Accrued liabilities | 3,600 | 3,841 | 4,000 | 3,810 | 3,897 | **3,897** | 3,924 | 3,952 |
| Deferred revenue | 7,575 | 8,082 | 8,467 | 8,066 | 8,250 | **8,250** | 8,306 | 8,365 |
| Total current liabilities | 18,492 | 19,729 | 17,967 | 17,116 | 17,506 | **17,506** | 17,626 | 17,751 |
| **Non-current liabilities** | | | | | | | | |
| Long-term debt, net current portion | 91,630 | 106,895 | 50,000 | 50,000 | 48,072 | **48,072** | 43,620 | 39,583 |
| Deferred Income Taxes | 19,122 | 19,122 | 19,122 | 19,122 | 19,122 | **19,122** | 19,122 | 19,122 |
| Other liabilities | 4,416 | 4,711 | 4,936 | 4,702 | 4,809 | **4,809** | 4,842 | 4,877 |
| Total non-curent liabilities | 115,168 | 130,728 | 74,058 | 73,824 | 72,003 | **72,003** | 67,584 | 63,582 |
| **Total Liabilities** | **133,660** | **150,458** | **92,026** | **90,940** | **89,509** | **89,509** | **85,210** | **81,333** |
| **Stockholders' Equity** | | | | | | | | |
| Additional Paid in Capital | (34,696) | (41,461) | 2,300 | 2,300 | 2,300 | **2,300** | 2,300 | 2,300 |
| Accumulated deficit/Retained earnings | - | (10,520) | - | 1,004 | 1,982 | **1,982** | 4,775 | 6,539 |
| **Total Stockholders' Equity** | **(34,696)** | **(51,981)** | **2,300** | **3,304** | **4,282** | **4,282** | **7,075** | **8,839** |
| **Total Liabilities and Stockholders' Equity** | **98,964** | **98,476** | **94,326** | **94,244** | **93,791** | **93,791** | **92,285** | **90,171** |

4

KE 30072253

**Balance Sheet**

| | Beginning 6/30/2014 | Write Down DLNP | Revalue Intangibles | Write Down Goodwill | Write Down Debt | Write Up APC Notes | APC Notes to Bayside | Write Off Retained Earnings | Adjusted 6/30/2014 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Current assets** | | | | | | | | | |
| Cash and cash equivalents | 1,000 | - | - | - | - | - | - | - | 1,000 |
| Accounts Receivable, net of bad debt | 12,055 | - | - | - | - | - | - | - | 12,055 |
| Prepaid expenses | 5,374 | - | - | - | - | - | - | - | 5,374 |
| Income Tax Receivable | 2,779 | - | - | - | - | - | - | - | 2,779 |
| Short term notes receivable | 2,146 | - | - | - | - | 2,621 | (4,767) | - | - |
| **Total current assets** | **23,354** | **-** | **-** | **-** | **-** | **2,621** | **(4,767)** | **-** | **21,208** |
| | | | | | | | | | |
| Long term notes receivable | 3,904 | - | - | - | - | 2,830 | (6,734) | - | - |
| Investment in affiliated companies | 7,190 | (6,910) | - | - | - | - | - | - | 280 |
| Property and equipment, net | 5,217 | - | - | - | - | - | - | - | 5,217 |
| Identified intangible assets, net | 15,082 | - | 17,375 | - | - | - | - | - | 32,457 |
| Goodwill, net | 35,059 | - | - | (2,602) | - | - | - | - | 32,457 |
| Other assets | 2,708 | - | - | - | - | - | - | - | 2,708 |
| **Total Assets** | **92,513** | **(6,910)** | **17,375** | **(2,602)** | **-** | **5,450** | **(11,500)** | **-** | **94,326** |
| | | | | | | | | | |
| **Current liabilities** | | | | | | | | | |
| Current portion of long term debt | - | - | - | - | - | - | - | - | - |
| Accounts payable | 5,500 | - | - | - | - | - | - | - | 5,500 |
| Accrued liabilities | 4,000 | - | - | - | - | - | - | - | 4,000 |
| Deferred revenue | 8,467 | - | - | - | - | - | - | - | 8,467 |
| Total current liabilities | 17,967 | - | - | - | - | - | - | - | 17,967 |
| | | | | | | | | | |
| **Non-current liabilities** | | | | | | | | | |
| Long-term debt, net current portion | 106,895 | - | - | - | (56,895) | - | - | - | 50,000 |
| Deferred Income Taxes | 19,122 | - | - | - | - | - | - | - | 19,122 |
| Other liabilities | 4,936 | - | - | - | - | - | - | - | 4,936 |
| Total non-curent liabilities | 130,953 | - | - | - | (56,895) | - | - | - | 74,058 |
| | | | | | | | | | |
| **Total Liabilities** | **148,921** | **-** | **-** | **-** | **(56,895)** | **-** | **-** | **-** | **92,026** |
| | | | | | | | | | |
| **Stockholders' Equity** | | | | | | | | | |
| Additional Paid in Capital | (33,553) | (6,910) | 17,375 | (2,602) | 56,895 | 5,450 | (11,500) | (22,855) | 2,300 |
| Accumulated deficit/Retained earnings | (22,855) | - | - | - | - | - | - | 22,855 | - |
| | | | | | | | | | |
| **Total Stockholders' Equity** | **(56,408)** | **(6,910)** | **17,375** | **(2,602)** | **56,895** | **5,450** | **(11,500)** | **-** | **2,300** |
| | | | | | | | | | |
| **Total Liabilities and Stockholders' Equity** | **92,513** | **(6,910)** | **17,375** | **(2,602)** | **-** | **5,450** | **(11,500)** | **-** | **94,326** |

5

## Statement of Cash Flows

| | 1Q 2014 E | 2Q 2014 E | 3Q 2014 E | 4Q 2014 E | 2014 E | 2015 E | 2016 E |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Cash flows from operating activities** | | | | | | | |
| Net income (loss) | (10,520) | (12,334) | 1,004 | 978 | **(20,873)** | **2,793** | **1,764** |
| Distributions received from DLNP | 250 | 250 | 250 | 250 | **1,000** | 984 | 964 |
| Non-cash operating activities: | | | | | | | |
| Amortization | 783 | 783 | 541 | 541 | **2,648** | **2,164** | **2,164** |
| Depreciation | 400 | 388 | 378 | 371 | **1,536** | **1,865** | **2,368** |
| Equity in earnings of affiliates | 126 | 126 | (251) | (251) | **(250)** | **(984)** | **(964)** |
| Amortization of interest debt issuance costs | 21 | - | - | - | **21** | - | - |
| Change in Net Working Capital | | | | | | | |
| Accounts receivable and unbilled pass through costs | (274) | (520) | 605 | (66) | **(254)** | **(212)** | **(60)** |
| Prepaid expenses and other current assets | (322) | (245) | 255 | (117) | **(428)** | **(36)** | **(37)** |
| Other assets | (2,053) | 692 | 125 | 2,904 | **1,667** | - | - |
| Accounts payable and accrued liabilities | 730 | (2,147) | (450) | 206 | **(1,661)** | 63 | 66 |
| Deferred revenue and other liabilities | 802 | 610 | (636) | 291 | **1,068** | 90 | 93 |
| **Net cash provided by operating activities** | **(10,057)** | **(12,398)** | **1,821** | **5,107** | **(15,526)** | **6,727** | **6,358** |
| | | | | | | | |
| **Cash flows from investing activities** | | | | | | | |
| Purchases of property and equipment | (250) | (250) | (500) | (500) | **(1,500)** | **(2,275)** | **(2,321)** |
| Other | - | - | - | - | **-** | **-** | **-** |
| Proceeds from APC notes receivable | 605 | 1,271 | - | - | **1,876** | - | - |
| Proceeds from sale of fixed assets | | | | | | | |
| **Net cash used in investing activities** | **355** | **1,021** | **(500)** | **(500)** | **376** | **(2,275)** | **(2,321)** |
| | | | | | | | |
| **Cash flows from financing activities** | | | | | | | |
| Net borrowings on revolving line of credit | - | - | - | - | **-** | **-** | **-** |
| Net payments on senior term debt | - | - | - | (1,928) | **(1,928)** | **(4,452)** | **(4,037)** |
| APC Note Distribution | - | - | - | - | **-** | **-** | **-** |
| Other | 8,500 | 11,366 | - | - | **19,866** | **-** | **-** |
| **Net cash provided by (used in) financing activities** | **8,500** | **11,366** | **-** | **(1,928)** | **17,938** | **(4,452)** | **(4,037)** |
| | | | | | | | |
| **Net change in cash** | (1,202) | (11) | 1,321 | 2,679 | **2,788** | **(0)** | **0** |
| | | | | | | | |
| **Cash and cash equivalents at beginning of year** | 2,212 | 1,010 | 1,000 | 2,320 | **2,212** | **5,000** | **5,000** |
| | | | | | | | |
| **Cash and cash equivalents at end of year** | 1,010 | 1,000 | 2,320 | 5,000 | **5,000** | **5,000** | **5,000** |
| | | | | | | | |
| | 1,010 | 1,000 | 2,320 | 5,000 | **5,000** | **5,000** | **5,000** |

6

KE 30072253

Included below are the historical financial results through 2013 and the projected financial results in 2014, 2015, and 2016, of DiscoverReady.  The statements include:

1.  The results of operations for the years ended December 31, 2013 and 2014, the quarters ended March 31, 2014, June 30, 2014, September 30, 2014, and December 31, 2014, and for the years ended December 31, 2015 and 2016, along with the annualized results of operation for the quarters ended December 31, 2013 and March 31, 2014 for comparison purposes;

2.  The balance sheet at December 31, 2013, March 31, 2014, June 30, 2014, September 30, 2014, and December 31, 2014, 2015, and 2016;

3.  The June 30, 2014 pro forma balance sheet that reflects the restructuring transactions; and

4.  The statements of cash flows for the quarters ended March 31, 2014, June 30, 2014, September 30, 2014, and December 31, 2014, 2015, and 2016.

7

KE 30072253

**Condensed Consolidated Statements of Operations**

| | 2012 A | 2013 A | Q4 2013 Annualized | Q1 2014 Annualized | 1Q 2014 E | 2Q 2014 E | 3Q 2014 E | 4Q 2014 E | 2014 E | 2015 E | 2016 E |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Operating revenue** | | | | | | | | | | | |
| Professional services | $ 72,201 | $ 71,208 | $ 55,348 | $ 52,333 | $ 13,083 | 12,900 | 13,590 | 13,435 | **53,008** | **56,821** | **63,546** |
| Business information | - | - | - | - | - | - | - | - | **-** | **-** | **-** |
| **Total revenues** | **72,201** | **71,208** | **55,348** | **52,333** | **13,083** | **12,900** | **13,590** | **13,435** | **53,008** | **56,821** | **63,546** |
| | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | |
| Direct operating: Professional Services | 34,992 | 34,815 | 29,120 | 27,497 | 6,874 | 6,820 | 6,979 | 6,961 | **27,634** | 27,672 | 28,864 |
| Direct operating: Business Information | - | - | - | - | - | - | - | - | **-** | - | - |
| Selling, general and administrative expenses | 22,079 | 20,627 | 22,168 | 21,164 | 5,291 | 4,786 | 5,145 | 5,275 | **20,497** | 21,405 | 21,632 |
| Fair value adjustment on earnout liabilities | (11,575) | (5,021) | - | - | | | | | | | |
| Amortization | 5,612 | 5,555 | 5,388 | 5,268 | 1,317 | 1,317 | 462 | 462 | **3,558** | 1,848 | 1,848 |
| Depreciation | 2,531 | 2,913 | 2,912 | 2,665 | 666 | 642 | 622 | 607 | **2,537** | 2,922 | 3,430 |
| | | | | | | | | | | | |
| Total expenses from operations | 53,639 | 58,889 | 59,588 | 56,594 | 14,149 | 13,565 | 13,208 | 13,305 | **54,227** | 53,847 | 55,775 |
| | | | | | | | | | | | |
| **Equity in earnings of affiliates** | - | - | - | - | - | - | - | - | **-** | - | - |
| | | | | | | | | | | | |
| **Operating income** | 18,562 | 12,319 | (4,240) | (4,262) | (1,065) | (665) | 382 | 130 | **(1,219)** | 2,973 | 7,771 |
| | | | | | | | | | | | |
| Interest expense, net | (2,188) | (2,979) | (2,924) | (3,639) | (910) | (936) | (44) | (44) | **(1,933)** | (50) | (50) |
| Restructuring Costs | | | | | (165) | (300) | - | - | **(465)** | - | - |
| Emergence Costs | - | - | - | - | - | (2,030) | - | - | **(2,030)** | - | - |
| **Total non-operating expense** | **(2,188)** | **(2,979)** | **(2,924)** | **(3,639)** | **(1,075)** | **(3,266)** | **(44)** | **(44)** | **(4,428)** | **(50)** | **(50)** |
| | | | | | | | | | | | |
| **Income(loss) from continuing operations before income taxes** | 16,374 | 9,340 | (7,164) | (7,900) | (2,140) | (3,931) | 338 | 86 | **(5,647)** | 2,923 | 7,721 |
| | | | | | | | | | | | |
| Income tax expense | - | - | - | - | - | - | (69) | (18) | **(87)** | (709) | (2,388) |
| Tax rate (%) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 20.4% | 20.4% | *-1.5%* | 24.3% | 30.9% |
| | | | | | | | | | | | |
| **Net Income** | $ 16,374 | $ 9,340 | $ (7,164) | $ (7,900) | $ (2,140) | $ (3,931) | $ 269 | $ 69 | **$ (5,734)** | **$ 2,214** | **$ 5,333** |
| | | | | | | | | | | | |
| **Calculation of Adjusted EBITDA** | | | | | | | | | | | |
| Net Income | 16,374 | 9,340 | (7,164) | (7,900) | (2,140) | (3,931) | 269 | 69 | **(5,734)** | 2,214 | 5,333 |
| Interest expense, net | 2,188 | 2,979 | 2,924 | 3,639 | 910 | 936 | 44 | 44 | **1,933** | 50 | 50 |
| Income tax expense | - | - | - | - | - | - | 69 | 18 | **87** | 709 | 2,388 |
| Stock Comp | 439 | 556 | 572 | - | - | - | - | - | | | |
| Fair value adjustment on earnout liabilities | (11,575) | (5,021) | - | - | | | | | | | |
| Amortization | 5,612 | 5,555 | 5,388 | 5,268 | 1,317 | 1,317 | 462 | 462 | **3,558** | 1,848 | 1,848 |
| Depreciation | 2,531 | 2,913 | 2,912 | 2,665 | 666 | 642 | 622 | 607 | **2,537** | 2,922 | 3,430 |
| Restructuring costs | | | | | 165 | 2,330 | - | - | **2,495** | - | - |
| NCI Distribution | 77 | (498) | - | - | - | - | - | - | **-** | - | - |
| **Bank Adjusted EBITDA** | **15,646** | **15,824** | **4,632** | **3,671** | **918** | **1,294** | **1,466** | **1,199** | **4,877** | **7,744** | **13,050** |
| | *21.7%* | *22.2%* | *8.4%* | *7.0%* | *7.0%* | *10.0%* | *10.8%* | *8.9%* | *9.2%* | *13.6%* | *20.5%* |

8

## Balance Sheet

| | Opening Balance 1/1/2014 | 1Q 2014 E | 2Q 2014 E | 3Q 2014 E | 4Q 2014 E | 2014 E | 2015 E | 2016 E |
|---|---|---|---|---|---|---|---|---|
| **Current assets** | | | | | | | | |
| Cash and cash equivalents | - | 1,021 | 2,500 | 2,578 | 3,000 | 3,000 | 3,998 | 10,499 |
| Accounts Receivable, net of bad debt | 12,131 | 12,356 | 12,475 | 13,295 | 13,143 | 13,143 | 14,011 | 15,626 |
| Prepaid expenses | 2,332 | 2,205 | 2,174 | 2,290 | 2,264 | 2,264 | 2,427 | 2,714 |
| Short term notes receivable | - | - | - | - | - | - | - | - |
| **Total current assets** | 14,463 | 15,583 | 17,149 | 18,163 | 18,407 | 18,407 | 20,436 | 28,839 |
| | | | | | | | | |
| Long term notes receivable | - | - | - | - | - | - | - | - |
| Investment in affiliated companies | - | - | - | - | - | - | - | - |
| Property and equipment, net | 7,995 | 7,704 | 7,612 | 7,739 | 7,958 | 7,958 | 7,715 | 7,282 |
| Identified intangible assets, net | 41,107 | 39,790 | 27,723 | 27,261 | 26,799 | 26,799 | 24,951 | 23,103 |
| Goodwill, net | 72,427 | 72,427 | 13,655 | 13,655 | 13,655 | 13,655 | 13,655 | 13,655 |
| Other assets | 113 | 113 | 613 | 488 | 363 | 363 | 363 | 363 |
| **Total Assets** | 136,105 | 135,616 | 66,752 | 67,306 | 67,182 | 67,182 | 67,120 | 73,242 |
| | | | | | | | | |
| **Current liabilities** | | | | | | | | |
| Current portion of long term debt | 144 | 111 | 78 | 45 | 12 | 12 | - | - |
| Accounts payable | 3,543 | 3,350 | 3,303 | 3,480 | 3,440 | 3,440 | 3,687 | 4,124 |
| Accrued liabilities | 1,835 | 1,735 | 1,711 | 1,802 | 1,782 | 1,782 | 1,910 | 2,136 |
| Deferred revenue | 29 | 27 | 27 | 28 | 28 | 28 | 30 | 34 |
| Total current liabilities | 5,551 | 5,223 | 5,119 | 5,355 | 5,262 | 5,262 | 5,628 | 6,294 |
| | | | | | | | | |
| **Non-current liabilities** | | | | | | | | |
| Long-term debt, net current portion | 42,807 | 42,807 | 2,800 | 2,800 | 2,711 | 2,711 | - | - |
| Due to Affiliates | 9,465 | 9,465 | - | - | - | - | - | - |
| Deferred Income Taxes | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 | 1,370 |
| Other liabilities | 993 | 939 | 926 | 975 | 964 | 964 | 1,033 | 1,156 |
| Total non-curent liabilities | 54,635 | 54,581 | 5,096 | 5,145 | 5,045 | 5,045 | 2,403 | 2,526 |
| | | | | | | | | |
| **Total Liabilities** | 60,186 | 59,804 | 10,215 | 10,501 | 10,307 | 10,307 | 8,031 | 8,819 |
| | | | | | | | | |
| Redeemable Minority Interest | 7,434 | 3,741 | 1,937 | 3,074 | 3,110 | 3,110 | 5,366 | 9,044 |
| | | | | | | | | |
| **Stockholders' Equity** | | | | | | | | |
| Preferred Stock | - | - | - | - | - | - | - | - |
| Additional Paid in Capital | 68,485 | 74,211 | 54,600 | 53,463 | 53,427 | 53,427 | 51,171 | 47,493 |
| Accumulated deficit/Retained earnings | - | (2,140) | - | 269 | 338 | 338 | 2,552 | 7,885 |
| | | | | | | | | |
| **Total Stockholders' Equity** | 68,485 | 72,071 | 54,600 | 53,732 | 53,764 | 53,764 | 53,723 | 55,379 |
| | | | | | | | | |
| **Total Liabilities and Stockholders' Equity** | 136,105 | 135,616 | 66,752 | 67,306 | 67,182 | 67,182 | 67,120 | 73,242 |

KE 30072253

## Balance Sheet

| | Beginning 6/30/2014 | Revalue Intangibles | Write Down Goodwill | Write Down Debt | Write Down Due to Affiliates | Write Off Retained Earnings | Adjusted 6/30/2014 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Current assets** | | | | | | | |
| Cash and cash equivalents | 2,500 | - | - | - | - | - | 2,500 |
| Accounts Receivable, net of bad debt | 12,475 | - | - | - | - | - | 12,475 |
| Prepaid expenses | 2,174 | - | - | - | - | - | 2,174 |
| Short term notes receivable | - | - | - | - | - | - | - |
| **Total current assets** | **17,149** | **-** | **-** | **-** | **-** | **-** | **17,149** |
| | | | | | | | |
| Long term notes receivable | - | - | - | - | - | - | - |
| Investment in affiliated companies | - | - | - | - | - | - | - |
| Property and equipment, net | 7,612 | - | - | - | - | - | 7,612 |
| Identified intangible assets, net | 38,473 | (10,750) | - | - | - | - | 27,723 |
| Goodwill, net | 72,427 | - | (58,772) | - | - | - | 13,655 |
| Other assets | 613 | - | - | - | - | - | 613 |
| **Total Assets** | **136,273** | **(10,750)** | **(58,772)** | **-** | **-** | **-** | **66,752** |
| | | | | | | | |
| **Current liabilities** | | | | | | | |
| Current portion of long term debt | 78 | - | - | - | - | - | 78 |
| Accounts payable | 3,303 | - | - | - | - | - | 3,303 |
| Accrued liabilities | 1,711 | - | - | - | - | - | 1,711 |
| Deferred revenue | 27 | - | - | - | - | - | 27 |
| Total current liabilities | 5,119 | - | - | - | - | - | 5,119 |
| | | | | | | | |
| **Non-current liabilities** | | | | | | | |
| Long-term debt, net current portion | 42,807 | - | - | (40,007) | - | - | 2,800 |
| Due to Affiliates | 9,465 | | | | (9,465) | | - |
| Deferred Income Taxes | 1,370 | - | - | - | - | - | 1,370 |
| Other liabilities | 926 | - | - | - | - | - | 926 |
| Total non-curent liabilities | 54,568 | | - | (40,007) | (9,465) | - | 5,096 |
| | | | | | | | |
| **Total Liabilities** | **59,687** | **-** | **-** | **(40,007)** | **(9,465)** | **-** | **10,215** |
| | | | | | | | |
| Redeemable Minority Interest | 1,937 | | | | | | 1,937 |
| | | | | | | | |
| **Stockholders' Equity** | | | | | | | |
| Additional Paid in Capital | 80,721 | (10,750) | (58,772) | 40,007 | 9,465 | (6,071) | 54,600 |
| Accumulated deficit/Retained earnings | (6,071) | - | - | - | - | 6,071 | - |
| | | | | | | | |
| **Total Stockholders' Equity** | **74,650** | **(10,750)** | **(58,772)** | **40,007** | **9,465** | **-** | **54,600** |
| | | | | | | | |
| **Total Liabilities and Stockholders' Equity** | **136,273** | **(10,750)** | **(58,772)** | **-** | **-** | **-** | **66,752** |

## Statement of Cash Flows

| | 1Q 2014 E | 2Q 2014 E | 3Q 2014 E | 4Q 2014 E | 2014 E | 2015 E | 2016 E |
|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities** | | | | | | | |
| Net income (loss) | (2,140) | (3,931) | 269 | 69 | **(5,734)** | 2,214 | 5,333 |
| Distributions received from DLNP | - | - | - | - | **-** | - | - |
| Non-cash operating activities: | | | | | | | |
| Amortization | 1,317 | 1,317 | 462 | 462 | **3,558** | 1,848 | 1,848 |
| Depreciation | 666 | 642 | 622 | 607 | **2,537** | 2,922 | 3,430 |
| Equity in earnings of affiliates | - | - | - | - | **-** | - | - |
| Amortization of interest debt issuance costs | - | - | - | - | **-** | - | - |
| Change in Net Working Capital | | | | | | | |
| Accounts receivable and unbilled pass through costs | (225) | (118) | (820) | 152 | **(1,012)** | (868) | (1,615) |
| Prepaid expenses and other current assets | 127 | 31 | (116) | 26 | **68** | (163) | (287) |
| Other assets | - | (500) | 125 | 125 | **(250)** | - | - |
| Accounts payable and accrued liabilities | (293) | (71) | 268 | (60) | **(156)** | 376 | 662 |
| Deferred revenue and other liabilities | (56) | (14) | 51 | (11) | **(30)** | 71 | 126 |
| **Net cash provided by operating activities** | **(604)** | **(2,644)** | **861** | **1,369** | **(1,018)** | **6,401** | **9,498** |
| | | | | | | | |
| **Cash flows from investing activities** | | | | | | | |
| Purchases of property and equipment | (375) | (550) | (750) | (825) | **(2,500)** | (2,680) | (2,997) |
| Other | - | - | - | - | **-** | - | - |
| Proceeds from APC notes receivable | - | - | - | - | **-** | - | - |
| Proceeds from sale of fixed assets | | | | | | | |
| **Net cash used in investing activities** | **(375)** | **(550)** | **(750)** | **(825)** | **(2,500)** | **(2,680)** | **(2,997)** |
| | | | | | | | |
| **Cash flows from financing activities** | | | | | | | |
| Net borrowings on revolving line of credit | - | - | - | (89) | **(89)** | (2,711) | - |
| Net payments on senior term debt | - | - | - | - | **-** | - | - |
| Preferred stock dividends | - | - | - | - | **-** | - | - |
| Other | 2,000 | 4,673 | (33) | (33) | **6,607** | (12) | - |
| **Net cash provided by (used in) financing activities** | **2,000** | **4,673** | **(33)** | **(122)** | **6,518** | **(2,723)** | **-** |
| | | | | | | | |
| **Net change in cash** | 1,021 | 1,479 | 78 | 422 | **3,000** | 998 | 6,501 |
| | | | | | | | |
| **Cash and cash equivalents at beginning of year** | - | 1,021 | 2,500 | 2,578 | **-** | 3,000 | 3,998 |
| | | | | | | | |
| **Cash and cash equivalents at end of year** | 1,021 | 2,500 | 2,578 | 3,000 | **3,000** | 3,998 | 10,499 |
| | | | | | | | |
| | 1,021 | 2,500 | 2,578 | 3,000 | **3,000** | 3,998 | 10,499 |

11

**Notes to Financial Projections**

These Financial Projections were prepared in good faith based on assumptions believed to be reasonable and applied in a manner consistent with past practices. Certain assumptions which may or may not prove to be correct include customer demand and collection rates, successful implementation of growth plans and capital expenditures, laws and regulations, interest rates, inflation, and other economic factors affecting the Debtors' businesses. These Financial Projections should be read in conjunction with (1) the Disclosure Statement, including any exhibits thereto or incorporated references therein, as well as the Risk Factors set forth in Article VII thereof, and (2) the significant assumptions, qualifications, and notes set forth in these Financial Projections.

**THE DEBTORS DO NOT, AS A MATTER OF COURSE, PUBLISH OR DISCLOSE THEIR FINANCIAL PROJECTIONS. ACCORDINGLY, THE DEBTORS DO NOT INTEND, AND DISCLAIM ANY OBLIGATION TO, (A) FURNISH UPDATED FINANCIAL PROJECTIONS TO HOLDERS OF CLAIMS OR INTERESTS AT ANY TIME IN THE FUTURE, (B) INCLUDE UPDATED INFORMATION IN ANY DOCUMENTS THAT MAY BE REQUIRED TO BE FILED WITH THE SECURITIES AND EXCHANGE COMMISSION, OR (C) OTHERWISE MAKE UPDATED INFORMATION OR FINANCIAL PROJECTIONS PUBLICLY AVAILABLE. THE SUMMARY FINANCIAL PROJECTIONS AND RELATED INFORMATION PROVIDED IN THE DISCLOSURE STATEMENT AND THE EXHIBITS THERETO HAVE BEEN PREPARED EXCLUSIVELY BY MANAGEMENT. THESE FINANCIAL PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY MANAGEMENT, MAY NOT BE REALIZED, AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE DEBTORS' CONTROL. THE DEBTORS CAUTION THAT NO REPRESENTATIONS CAN BE MADE AS TO THE ACCURACY OF THESE FINANCIAL PROJECTIONS AND RELATED INFORMATION OR AS TO THE REORGANIZED DEBTORS' ABILITY TO ACHIEVE THE PROJECTED RESULTS. SOME ASSUMPTIONS INEVITABLY WILL NOT MATERIALIZE AND EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THESE FINANCIAL PROJECTIONS WERE PREPARED MAY BE DIFFERENT FROM THOSE ASSUMED OR MAY BE UNANTICIPATED, AND THUS MAY AFFECT FINANCIAL RESULTS IN A MATERIAL AND POSSIBLY ADVERSE MANNER. THE FINANCIAL PROJECTIONS AND RELATED INFORMATION, THEREFORE, MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR.**

Assumptions for Financial Projections

1. Restructuring Assumptions

    (a) *Assumed Effective Date*: The Restructuring Transactions contemplated by the Plan will be consummated on June 30, 2014, and the Debtors will emerge from chapter 11 at that time.

    (b) *Estimated Post-Emergence Enterprise Value of the Reorganized Debtors*: The post-emergence enterprise value of the *Reorganized* Debtors is $52.3 million. Accordingly, the recorded equity value of the Reorganized Debtors is $2.3 million.

    (c) *Estimated Enterprise Value of DiscoverReady*: Although DiscoverReady did not file for bankruptcy protection, in connection with the restructuring, the Holders of Prepetition Credit Agreement Claims will agree to release DiscoverReady from any and all Prepetition Credit Agreement Claims upon the Effective Date and will enter into a new $10 million postpetition revolving credit facility (the "New DiscoverReady Revolver"). As a result, Reorganized DiscoverReady's estimated enterprise value is $54.6 million.

    (d) *General Unsecured Claims*: General Unsecured *Claims* will are not impaired by the Plan and will be paid in the ordinary course of business.

(e) *Post-Emergence Revolving Credit Facilities*: The Reorganized Dolan Revolving Facility and the New DiscoverReady Revolver *each* bear interest at L + 4.0 percent per annum and have a term of four years. The Reorganized Dolan Term Loan will bear interest at L + 5.0 percent per annum and have a term of five years. None of the credit facilities has financial covenants. The Borrower may opt to pay interest in kind with respect to the Reorganized Dolan Revolving Facility, the New DiscoverReady Revolver, and the Reorganized Dolan Term Loan.

(f) *DIP Facility*: A $10 million DIP Facility is available to fund the liquidity needs of the Debtors and DiscoverReady, from the *Petition* Date through the Debtors' emergence from the Chapter 11 Cases.

(g) *Miscellaneous*: Approximately $13 million of projected payments will be due at emergence on account of (a) settlement payments to specific unliquidated, unsecured creditors that are not paid in the ordinary course of business, (b) unpaid professional fees, (c) a D&O tail insurance policy premium, (d) the Reorganized *Debtors'* and Reorganized DiscoverReady's employee bonus plans, and (e) fees related to the Exit Facilities and the New DiscoverReady Revolver.

2. Operational Assumptions

(a) *Business Information Division*: The Business Information Division produces legal publications, business journals, court and commercial media, and highly-focused online information products and events targeted at professional audiences in 19 geographic markets across the United States. The Business Information Division delivers information and services through approximately 60 print publications and 80 websites. The Business Information Division also operates specialized information services covering legislative and regulatory activities and provides transcription, media monitoring, and translation services. Revenues from the Business Information Division, *consisting* of public notice revenues, advertising revenues, and circulation revenues, are expected to be relatively flat from 2013 to 2016, as advertising and circulation revenues are expected to increase by 2 percent per annum which will be offset by an expected decrease in public notice revenues of 2 percent per annum. The expected increase in advertising and circulation revenues is the result of a continued shift in focus to online advertising and subscriptions. The EBITDA margin of the Business Information Division is expected to gradually decline as expected increases in costs erode the margin from flat revenues. The Debtors plan to continue their current publications with no planned periodical closures. The projected capital expenditures of the Business Information Division are $2 million per annum and the projected working capital requirements of the Business Information Division are expected to be flat.

(b) *Counsel Press*: Counsel Press assists law firms in organizing, preparing, and filing appellate briefs, records, and appendices. The core revenues of Counsel Press are expected to shrink 2.0 percent per annum between 2013 and 2016. As appellate courts gradually move from paper filings to electronic filings, the revenues from document printing are expected to be *reduced* or eliminated while revenues from digital services are expected to increase. Counsel Press, however, is developing new products to serve the legal profession that it plans to rollout in 2015 that are projected to have a positive impact on revenues that would offset the decline in appellate filing advisory work. The EBITDA margin of Counsel Press is expected to gradually decline as expected increases in cost erode the margin from declining and flat revenues. The projected capital expenditures of Counsel Press are minimal as new products are generally developed internally. The working capital requirements of Counsel Press are expected to be flat.

(c) *Seller Notes Receivable*: The Debtors are projected to have $15.8 million of seller notes receivable as of June 30, 2014. The seller notes receivables resulted from the sale of a portion of Dolan APC LLC's former mortgage processing services businesses in 2012 and 2013. To date, the notes have been paid in accordance with the terms thereof. Proceeds from the seller notes receivables will be distributed to the owners of the Reorganized Debtors as they are received through their interests in the Seller Notes SPV.

(d) *DiscoverReady*: DiscoverReady provides discovery management and document review services, including certain technology *services* related to processing and hosting discovery data. The liquidity issues faced by the Debtors in 2013 caused certain current and potential customers to look to more financially stable competitors to provide e-discovery services. Revenues declined approximately 39 percent between Q2 2013 to Q4 2013. Management projects that DiscoverReady's 2014 revenues will continue at the Q4 2013 run rate. Management projects a 7.2 percent increase in revenues between 2014 and 2015 and an 11.8 percent increase in revenues between 2015 and 2016 as Reorganized DiscoverReady begins to recapture a portion of its historical market share. DiscoverReady EBITDA margins are projected to be lower than historical levels in 2014 and 2015 due to lower revenue levels but are expected to improve to over 21 percent in 2016 as revenues increase and the benefits of 2014 and 2015 cost improvement initiatives are realized. DiscoverReady is planning $3 million per annum of capital expenditures between 2014 and 2016. Working capital needs are expected to grow $6 million per annum in 2015 and 2016.

KE 30072253