**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| The Dolan Company | : | Case No. 14-10614 (BLS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF EQUITY |
| Debtor. | | SECURITY HOLDERS |

---------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.       **Leap Tide Capital Management,** Attn: Jan Loeb, 10451 Mill Run Cir., Owings Mills, MD 21117, Phone: 410-654-3315, Fax: 410-654-3316

2.       **Alexandre Zyngier,** 600 Mamarone Ave., 4th Fl., Harrison, NY 10528, Phone: 914-565-9129

3.       **Greywolf Capital Management,** Attn: Joe McInnis, 4 Manhattanville Rd., Ste. 207, Phone: 914-251-8200, Fax: 914-251-8244

4.       **Severn River Capital Management**, Attn: Stephen Scott Roth, 12 Havemeyer Pl., 1 Fl., Greenwich, CT 06830, Phone: 203-971-3610, Fax: 866-856-9570

5.       **DS Fund I LLC**, Attn: Jake Miller, 1440 Broadway, 23rd Fl., New York, NY 10018, Phone: 646-512-5090


      ROBERTA A. DEANGELIS
      United States Trustee, Region 3


      /s/ David L. Buchbinder for
      T. PATRICK TINKER
      ASSISTANT UNITED STATES TRUSTEE

DATED: April 23, 2014

Attorney assigned to this Case: David L. Buchbinder, Esquire, Phone: 302-573-6491, Fax: 302-573-6497
Debtors' Counsel: Timothy P, Cairns, Esquire, Phone: 302-652-4100, Fax: 302-652-4400