**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE DOLAN COMPANY, *et al.*,[1] | Case No. 14-10614 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the law firms of Brown Rudnick LLP and Bayard, P.A. hereby enter their appearance in the above-referenced chapter 11 cases (the "Chapter 11 Cases") as proposed co-counsel to the Official Committee of Equity Security Holders (the "Committee"), and hereby requests that all notices given or required in the Chapter 11 Cases, and all documents, and all other papers served in the Chapter 11 Cases, be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: The Dolan Company (4527); American Processing Company, LLC (3395); Arizona News Service, LLC (0969); assure360, LLC (8926); Counsel Press, LLC (0509); Daily Journal of Commerce, Inc. (1624); Daily Reporter Publishing Company (9860); DataStream Content Solutions, LLC (6276); Dolan APC LLC (3828); Dolan Media Holding Company (0186); Dolan Publishing Company (3784); Dolan Publishing Finance Company (5133); Federal News Service LLC (5309); Finance and Commerce, Inc. (2942); Idaho Business Review, LLC (6843); Lawyer's Weekly, LLC (6760); Legislative Information Services of America, LLC (4027); Long Island Business News, LLC (4338); Missouri Lawyers Media, LLC (8890); National Default Exchange Holdings, LLC (1918); New Orleans Publishing Group, L.L.C. (2405); NOPG, L.L.C. (9511); The Daily Record Company LLC (7310); and The Journal Record Publishing Co., LLC (5769). The location of the Debtors' service address is: 222 South Ninth Street, Suite 2300, Minneapolis, Minnesota 55402.

BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Attn: Robert J. Stark, Esq.
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
E-mail: rstark@brownrudnick.com

and

One Financial Center
Boston, MA 02111
Attn: Steven B. Levine, Esq.
Attn: Kiersten A. Taylor, Esq.
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
E-mail: slevine@brownrudnick.com
E-mail: ktaylor@brownrudnick.com

and

BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
Attn: Neil B. Glassman, Esq.
Attn: GianClaudio Finizio, Esq.
Attn: Justin R. Alberto, Esq.
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
E-mail: nglassman@bayardlaw.com
E-mail: gfinizio@bayardlaw.com
E-mail: jalberto@bayardlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether

-3-

transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive the Committee's rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which the Committee is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

(the remainder of this page is intentionally blank)


Dated: April 24, 2014
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ GianClaudio Finizio*
Neil B. Glassman (No. 2087)
GianClaudio Finizio (No. 4253)
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

BROWN RUDNICK LLP
Robert J. Stark (*pro hac vice* pending)
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Steven B. Levine (*pro hac vice* pending)
Kiersten A. Taylor (*pro hac vice* pending)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

*Proposed Co-Counsel to the Official Committee of Equity Security Holders of The Dolan Company, et al.*

61648884 v1-WorkSiteUS-000002/3315